JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE LEWIS, an Individual, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00146-FMO-KK<br><br>**ORDER GRANTING STIPULATION [21] TO REMAND** |

44306198v.1

The Court having received and reviewed the Joint Stipulation to Remand submitted by Plaintiff Eugene Lewis and Defendant FCA US LLC and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The action shall be remanded to the Superior Court for the State of California, County of San Bernardino, with the parties to bear their own attorney's fees and costs incurred in connection with the removal and remand of this action; and

2. The parties have not waived any rights to remove the action to federal court in the future.

IT IS SO ORDERED.

Dated: February 13, 2018

/s/
Hon. Fernando M. Olguin
United States District Judge